UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JANBAZ KHAN,

                           **Plaintiff,**                        19-CV-00104 (JGK)(SN)

    -against-                                                  **ORDER**

CITY OF NEW YORK, et al.,

                           **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       In a November 25, 2019 joint letter, Plaintiff referenced an anticipated motion for an extension of the expert discovery deadline. Defendants indicated that they would oppose such a motion. The parties are ORDERED to meet and confer with respect to this request in an effort to resolve it amicably. To the extent Defendants' objection relates to admissibility of the expert testimony, such grounds is premature. Plaintiff shall file a letter on December 9, 2019, either stating the parties jointly propose a reasonable and limited extension or setting forth good cause to extend the discovery schedule, as required by Federal Rule of Civil Procedure 16(b)(4). Any opposition from the Defendants is due December 12, 2019. This order does not affect the discovery deadlines in this case.

**SO ORDERED**.

                                                                                _____
                                                                                SARAH NETBURN
                                                                                 United States Magistrate Judge

DATED:      November 25, 2019
                  New York, New York