UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JANBAZ KHAN,

                      **Plaintiff,**            19-CV-00104 (JGK)(SN)

     -against-                        **ORDER**

CITY OF NEW YORK, et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      The parties appeared for a discovery conference on January 30, 2020, to address Defendant's motion to compel Plaintiff's former criminal defense attorney, Douglas Schneider, to produce materials relating to Plaintiff's criminal case. See ECF No. 39. For the reasons discussed at the conference, Defendant's motion is DENIED. Because Defendant's motion was not substantially justified, Defendant must also pay two hours of Mr. Schneider's fees incurred in opposing the motion. See Fed. R. Civ. P. 37(a)(5)(B).

**SO ORDERED**.

                                              _____
                                              SARAH NETBURN
                                              United States Magistrate Judge

DATED:     January 30, 2020
                 New York, New York