UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JANBAZ KHAN,

                           **Plaintiff,**                                       19-CV-00104 (JGK)(SN)

            -against-                                              **ORDER**

CITY OF NEW YORK, et al.,

                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      Plaintiff shall respond to Defendants' May 22, 2020 letter, ECF No. 56, by June 5, 2020. Defendants shall direct any request for a pre-motion conference regarding their summary judgment motion to Judge Koeltl and comply with Judge Koeltl's Individual Practice 2(B) regarding motions.

**SO ORDERED**.

                                                                            SARAH NETBURN
                                                                            United States Magistrate Judge

DATED:       May 29, 2020
                  New York, New York