UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANBAZ KHAN,

        Plaintiff,

- against -

CITY OF NEW YORK, ET AL.,

        Defendants.

19 cv 104 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties may file a motion for summary judgment by **February 26, 2021**. Responses are due **March 19, 2021**. Replies are due **March 31, 2021**.

    SO ORDERED.

Dated:    New York, New York
           February 2, 2021

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                              United States District Judge