

**JAMES E. JOHNSON**
*Corporation Counsel*

# THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**CAROLYN K. DEPOIAN**
*Senior Counsel*
Tel.: (212) 356-2358
cdepoian@law.nyc.gov

March 25, 2021

**BY ECF**
Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> Application granted.
> SO ORDERED
>
>                 /s/ John G. Koeltl
> March 26, 2021    John G. Koeltl
> New York, NY        U.S.D.J.

        Re:      <u>Janbaz Khan v. Officer Trotter, et al.</u>, 19 Civ. 104 (JGK)(SN)

Your Honor:

        I am the attorney in the Special Federal Litigation Division of the New York City Law Department for defendants City of New York, Timothy Trotter, and Frank Danoy (hereinafter "defendants") in the above-referenced matter. The parties write to respectfully request that the Court endorse the briefing schedule proposed below regarding defendants' anticipated motion for summary judgment pursuant to Federal Rule of Civil Procedure 56.

        By way of background, on February 2, 2021 a pre-motion conference was held in this matter, during which a briefing schedule was endorsed by the Court. <u>See</u> Civil Docket Sheet Entry No. 75. The case was thereafter referred to mediation, and at the parties' request, the Court stayed briefing on defendants' motion for summary judgment so that the parties could attempt to resolve the matter. <u>Id.</u> at 76.

        A mediation was held on March 18, 2021 and the parties were unsuccessful in resolving the case. The stay in this case should now be lifted and the parties request that the Court endorse the following briefing schedule:

        Defendants' motion for summary judgement due:      April 26, 2021
        Plaintiff's opposition due:      May 26, 2021
        Defendants' reply due:      June 9, 2021

- 2 -

Thank you for your consideration.

Respectfully submitted,

_Carolyn K. Depoian_ s/
Carolyn K. Depoian

cc: **BY ECF**
Andrew L. Hoffman
261 Madison Avenue, 12th Floor
New York, NY 10016

- 2 -