UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANBAZ KHAN,

                Plaintiff,

  - against -                             19-cv-104 (JGK)

OFFICER TIMOTHY TROTTER, ET AL.,        ORDER

                Defendants.

---

JOHN G. KOELTL, District Judge:

In advance of trial in this case, the parties are directed to submit a joint pre-trial order, together with requests to charge, voir dire requests, and any motions in limine, by **February 20, 2023**. Responses and objections are due by **March 6, 2023**. The parties should be ready for trial on 72 hours' notice on or after **April 10, 2023**.

If the parties fail to comply with these deadlines, the case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           January 20, 2023

                                            John G. Koeltl
                                       United States District Judge