UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANBAZ KHAN,

                Plaintiff,

- against -

OFFICER TIMOTHY TROTTER, ET AL.,

                Defendants.

19-cv-104 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants are directed to submit courtesy copies of the joint pre-trial order, requests to charge, and the fully briefed motion in limine.

SO ORDERED.

Dated:    New York, New York
           March 14, 2023

                                  John G. Koeltl
                           United States District Judge