```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JANBAZ KHAN,

                Plaintiff,

- against -

OFFICER TIMOTHY TROTTER, ET AL.,

                Defendants.

19-cv-104 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by telephone for a final per-trial conference on **Friday, March 31, 2023 at 12:00 p.m.**

    Dial-in (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           March 17, 2023

                                    John G. Koeltl
                              United States District Judge