UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JANBAZ KHAN,

                Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                Defendants.
-------------------------------------------------------------X

19 civ 104 (JGK)

## ORDER

Because of the unavailability of jurors on Monday, April 17, 2023, trial in this matter is **adjourned to Wednesday, April 19, 2023, at 9:00am.**

**SO ORDERED.**

                                                _____
                                                **JOHN G. KOELTL**
                                                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        April 4, 2023