UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

JANBAZ KHAN,

                         Plaintiff,

        - against -

OFFICER TIMOTHY TROTTER, ET AL.,

                        Defendants.

————————————————————————————

19-cv-104 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed during the final pre-trial conference today:

The firm trial date is **April 19, 2023 at 9 a.m.,** at 500 Pearl Street, Courtroom 14A.

Each side will have 6 hours for the examination of witnesses.

The parties should submit a letter to the Court by **April 5, 2023,** concerning the plaintiff's request to have the plaintiff's expert witness testify by live remote testimony.

The defendants should submit a proposed jury instruction on punitive damages by **April 6, 2023.** The plaintiff may reply by **April 11, 2023.**

The parties should submit a joint proposed verdict form by **April 11, 2023.**

The plaintiff should make a settlement demand, and the parties should discuss the demand in good faith. The parties should advise the Court if the assistance of the Magistrate

Judge would be useful in discussing the possibility of settlement.

The defendants' motions in limine (ECF No. 121) are **granted in part and denied in part** for the reasons given on the record during the conference. The Clerk is directed to close ECF No. 121.

SO ORDERED.

Dated:      New York, New York
            April 4, 2023

                                   _____
                                        John G. Koeltl
                                   United States District Judge