UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANBAZ KHAN,

                Plaintiff,

- against -

OFFICER TIMOTHY TROTTER, ET AL.,

                Defendants.

19-cv-104 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed during trial earlier today, the defendants are directed to submit a letter by **Friday, April 28, 2023** advising the Court on their intended post-verdict motions and explaining why those motions should be made pre-judgment as opposed to post-judgment. The plaintiff may respond by **Tuesday, May 2, 2023**.

SO ORDERED.

Dated:    New York, New York
           April 25, 2023

                                      John G. Koeltl
                                United States District Judge