UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JANBAZ KHAN,

                      Plaintiff,                     19 **CIVIL** 104 (JGK)

      -against-                           **JUDGMENT**

OFFICER TIMOTHY TROTTER and
OFFICER FRANK DANOY,

                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable John G. Koeltl, United States District Judge, Plaintiff Janbaz Khan have judgment against Timothy Trotter for $1, plus $35,000 punitive damages. All claims against defendant Frank Danoy are dismissed.

DATED: New York, New York
             May 2, 2023

                                                            **RUBY J. KRAJICK**

So Ordered:                                           **Clerk of Court**

                                                    BY:    K. mango

U.S.D.J.                                                   **Deputy Clerk**