UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANBAZ KHAN,

                Plaintiff,

    - against -

OFFICER TIMOTHY TROTTER, ET AL.,

                Defendants.

19-cv-104 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The Court has signed the Judgment. The application for a delay in signing the Judgment is **denied**. There is no basis for departing from the general rule that the Judgment should be prepared and entered promptly. See Fed. R. Civ. P. 58. The parties are reminded about the time limits that apply to post-judgment motions.

SO ORDERED.

Dated:    New York, New York
            May 2, 2023

                                      John G. Koeltl
                               United States District Judge