UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JANBAZ KHAN,

                          Plaintiff,

                -against-

OFFICER TIMOTHY TROTTER and
OFFICER FRANK DANOY,
                           Defendants.
----------------------------------------------------------------X

                      19 civ 104 (JGK)

## ORDER

       Trial having been concluded on April 25, 2023, and judgment having been entered on

May 3, 2023,

       The Clerk of Court is directed to close this case.

**SO ORDERED.**

                             **JOHN G. KOELTL**
                **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      May 3, 2023