

| | | |
|---|---|---|
| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | CAROLYN K. DEPOIAN<br>Senior Counsel<br>(212) 356-2358<br>cdepoian@law.nyc.gov |

May 22, 2023

**BY ECF**
Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

          Re:     Khan v. Trotter, 19-CV-104 (JGK)

Your Honor:

    Defendant Timothy Trotter ("Defendant") respectfully writes to request that his time to oppose plaintiff's motion for attorney's fees be held in abeyance until thirty (30) days after the Court's decision on his post-trial motion, which is to be filed on May 31, 2023.

    On May 3, 2023, the Court entered judgment in this matter against Timothy Trotter following a jury verdict. Thereafter, on May 17, 2023, and without any consultation with defendant, plaintiff filed his motion for attorney's costs and fees. Defendant intends to oppose this motion for attorney's fees and costs. Pursuant to the Federal Rules of Civil Procedure, defendant will file his post-trial motion on or before May 31, 2023.

APPLICATION GRANTED
SO ORDERED

_____
John G. Koeltl, U.S.D.J.
5/26/23

      Defendant Trotter therefore requests that the Court hold his time to oppose plaintiff's motion for attorney's fees in abeyance for thirty (30) days after the Court's decision on their post-trial motions. Thank you for your consideration.

                                                Respectfully submitted,

                                                /s/ *Carolyn K. Depoian*
                                                Carolyn K. Depoian
                                                Senior Counsel

cc:    Andrew Hoffman
       *Attorney for plaintiff*