UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANBAZ KHAN,

           Plaintiff,

- against -

OFFICER TIMOTHY TROTTER, ET AL.,

           Defendants.

19-cv-104 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed postjudgment motion (ECF No. 167).

SO ORDERED.

Dated:    New York, New York
           June 22, 2023

                                      John G. Koeltl
                                 United States District Judge