```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JANBAZ KHAN,

                  **Plaintiff,**

-against-

CITY OF NEW YORK, et al.,

                  **Defendants.**

-----------------------------------------------------------------X

19-CV-00104 (JGK)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    A telephone conference is scheduled for Monday, July 17, 2023, at 4:00 p.m. The purpose of this conference is to discuss the status of settlement. At the time of the conference, the parties shall dial in to the Court's dedicated teleconferencing line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) sign.

**SO ORDERED**.

                                              SARAH NETBURN
                                              United States Magistrate Judge

DATED:     July 12, 2023
                New York, New York