```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-------------------------------------------

JANBAZ KHAN,

                Plaintiff,

    - against -

OFFICER TIMOTHY TROTTER, et al.,

                Defendants.

19-cv-104 (JGK)

ORDER

-------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties are directed to submit the stipulation of discontinuance by September 27, 2023.

SO ORDERED.

Dated:    New York, New York
           September 20, 2023

                                  _____
                                      John G. Koeltl
                               United States District Judge