```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JANBAZ KHAN,

              Plaintiff,

    - against -

OFFICER TIMOTHY TROTTER, ET AL.,

             Defendants.

19-cv-104 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for leave to reopen for entry of judgment. ECF No. 181.

SO ORDERED.

Dated:    New York, New York
            February 14, 2024

                                              John G. Koeltl
                                    United States District Judge