UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

JANBAZ KHAN,

                                                                                              Plaintiff,      **STIPULATION OF SETTLEMENT**

              -against-

TIMOTHY TROTTER,                                             19-CV-104 (JGK)

                                                                       Defendant.

------------------------------------------------------------------------- x

       **WHEREAS,** on April 25, 2023, following a jury trial, on claims of false arrest, malicious prosecution, and fabrication of evidence against defendants Trotter and Danoy, and failure to intervene against Officer Danoy, the jury rendered a verdict in favor of plaintiff against Defendant Trotter on Plaintiff's fabrication of evidence claim and a judgment was entered against Defendant Trotter in the amount of $35,001; and

       **WHEREAS**, plaintiff assigned his rights to attorney's fees, costs, and expenses to his counsel, ANDREW L. Hoffman, Esq.; and

       **WHEREAS,** on or about September 26, 2023, the City of New York agreed to pay plaintiff the sum of Two Hundred and Twenty Five Thousand and One Dollars ($225,001) in full satisfaction of the following: (i) the judgment against Timothy Trotter, dated and filed on March 3, 2023, ECF No. 148, in the amount of Thirty-Five Thousand and One Dollars ($35,001.00); and (ii) Plaintiff's costs, expenses, and attorneys' fees in the amount of One Hundred Ninety Thousand Dollars ($190,000.00); and

**WHEREAS,** on January 16, 2024, plaintiff filed his "First Motion to Reopen Case for Entry of Judgment" ("Plaintiff's CPLR Motion") ECF 181, seeking interest dating back to the date settlement papers were tendered to defendant pursuant to CPLR § 5003-a and certain other costs; and

**WHEREAS,** on January 26, 2024, payment of Two Hundred and Twenty Five Thousand and One Dollars ($225,001) was made to plaintiff and his counsel as per the parties' settlement agreement; and

**WHEREAS,** on February 2, 2024 payment of interest in the amount of one thousand seven hundred and nineteen dollars and eighty-seven cents ($1,719.87) was made to plaintiff and his counsel; and

**WHEREAS,** the parties now desire to resolve the remaining issues raised in plaintiff's motion , without further proceedings and without admitting any fault or liability; and

**WHEREAS,** plaintiff has authorized his counsel to settle this matter on the terms set forth below;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, as follows:

1. Defendant City of New York hereby agrees to pay plaintiff the sum of **EIGHTEEN THOUSAND TWO HUNDRED AND EIGHTY DOLLARS AND THIRTEEN CENTS ($18,280.13)** in full satisfaction of all claims, including claims for costs, expenses and attorney fees.  In consideration for the payment of this sum, plaintiff agrees to dismissal of all the claims against the City of New York and Timothy Trotter raised in Plaintiff's CPLR Motion filed at ECF 181, and to release the City of New York and the defendant, and any present or former employees of the City of New York or any agency thereof, from any and all liability, claims, or

rights of action arising from and contained in Plaintiff's CPLR Motion, including claims for costs, expenses and attorney fees.

2. This amount represents full satisfaction of any claim by Plaintiff for costs, expenses, and attorneys' fees raised in Plaintiff's CPLR Motion.

3. Defendants shall pay the amounts specified in paragraph one (1) above, and issue such payment in the form of a check or draft payable to the Law Offices of Andrew Hoffman, P.C.

4. Plaintiff's counsel, the Law Offices of Andrew Hoffman, P.C., shall serve upon the City of New York's attorney at 100 Church Street, New York, New York 10007, an IRS Form W-9 and the General Release for attorney's fees attached below.

5. Plaintiff shall also serve upon the City of New York's attorney at 100 Church Street, New York, New York 10007, the General Release for attorney's fees attached below.

6. This agreement resolves all the remaining issues in this matter.

7. The City agreed to pay the amount set forth herein within thirty (30) days of receipt of this executed settlement agreement and general releases from plaintiff and from plaintiff's counsel.

8.  The District Court shall retain jurisdiction over this action for the purpose of enforcing the terms of this Stipulation.

Dated: New York, NY
       March 20, 2024

| | |
|---|---|
| ANDREW HOFFMAN, P.C.<br>*Attorney for Plaintiff*<br>420 Lexington Avenue, Ste. 300<br>New York, NY 10107 | HON. SYLVIA O. HINDS-RADIX<br>Corporation Counsel of the City of New York<br>*Attorney for Defendant Trotter*<br>100 Church Street, 3rd Floor<br>New York, New York 10007 |
| By: *[signature]*<br>Andrew Hoffman, Esq.<br>*Attorney for Plaintiff* | By: *[signature: Carolyn K. Depoian]*<br>Carolyn K. Depoian, Esq.<br>*Senior Counsel* |

4